# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON JOVAN HILL,<br><br>  Petitioner<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>  Respondent. | Case No.: 2:23-cv-01221-GMN-VCF<br><br>**Order Directing Petitioner to File Complete Application to Proceed *In Forma Pauperis*** |

Brandon Jovan Hill, who is incarcerated in Nevada at Southern Desert Correctional Center, has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 1-2). He has filed a financial affidavit but has not submitted an application to proceed *in forma pauperis*, the proper required signed financial certificate,[1] or inmate account statements. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

This action, therefore, is subject to dismissal without prejudice as improperly commenced. However, the court will give petitioner 30 days to either (1) pay the $5.00 filing fee or (2) submit a completed application to proceed *in forma pauperis*, a signed

---

[1] Hill does include a financial affidavit but not the financial certificate required for prisoners.

financial certificate and the required inmate account statements. Failure to do so may result in the dismissal of this action without prejudice.

IT IS THEREFORE ordered that within **30 days** of the date of this order petitioner must either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis*, including a financial certificate and inmate account statements.

IT IS FURTHER ORDERED that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court **SEND** to petitioner one copy of the application to proceed *in forma pauperis* for incarcerated persons, with instructions.

DATED: 7 September 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE