# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON JOVAN HILL,<br><br>    Petitioner<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>    Respondent. | Case No.: 2:23-cv-01221-GMN-VCF<br><br>**Order Denying Application to Proceed**<br>*In Forma Pauperis* |

Brandon Jovan Hill, who is incarcerated in Nevada at Southern Desert Correctional Center, has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 1-2). He has now complied with the court's order to file a complete application to proceed *in forma pauperis*. (ECF No. 4). Based on the current information about petitioner's financial status, including any additional information he may have provided, the court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee **(ECF No. 4) is DENIED**. Petitioner has **30 days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court.

IT IS FURTHER ORDERED that failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

IT IS FURTHER ORDERED that petitioner's incomplete application to proceed *in pauperis* **(ECF No. 1) is DENIED**.

DATED: 15 November 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE