UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON JOVAN HILL,<br><br>  Petitioner<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>  Respondent. | Case No.: 2:23-cv-01221-GMN-MDC<br><br>Order Granting Motion to Seal<br><br>(ECF No. 17) |

Respondents move for leave to file an exhibit *in camera* and under seal in Brandon Jovan Hill's *pro se* 28 U.S.C. § 2254 habeas proceedings. (ECF No. 17.) While there is a presumption favoring public access to judicial filings and documents, *see Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978), a party seeking to seal a judicial record may overcome the presumption by demonstrating "compelling reasons" that outweigh the public policies favoring disclosure, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (citations omitted). In general, "compelling reasons" exist where the records may be used for improper purposes. *Id*. at 1179 (citing *Nixon*, 435 U.S. at 598).  Here, Respondents ask to file Hill's presentence investigation report ("PSI") *in camera* and under seal because it is confidential under state law and for Hill's safety because it contains sensitive

1  information. (ECF No. 17.)  The Court has reviewed the PSI and concludes that
2  Respondents have demonstrated compelling reasons to file the PSI under seal.
3  However, the PSI does not appear to include information that is so sensitive that it
4  would pose a security threat to Petitioner if he had a copy of the PSI in his cell.
5  Respondents note that the PSI may be necessary to address some of Hill's claims.
6  Thus, Petitioner may need access to the PSI. Accordingly, the motion is granted in part,
7  and the PSI will remain under seal.

It is therefore ordered that Respondents' Motion for Leave to File an Exhibit *In Camera* and Under Seal **(ECF No. 17) is GRANTED in part**. The document will remain under seal.

DATED: 4 March 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE