# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON JOVAN HILL,<br><br>    Petitioner<br><br>v.<br><br>THE STATE OF NEVADA,<br><br>    Respondent. | Case No.: 2:23-cv-01221-GMN-MDC<br><br>Order Granting Extension of Time to File Amended Petition to October 1, 2025<br><br>(ECF No. 26) |

Brandon Jovan Hill asks the Court for an extension of time to amend his 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 26.)  Good cause appearing,

It is Ordered that Petitioner's unopposed Motion for Extension of Time to file an Amended Petition **(ECF No. 26) is GRANTED** *nunc pro tunc*.  **The deadline is extended to October 1, 2025**.  The Court is unlikely to grant any further extension.

It is further Ordered that if Petitioner files an Amended Petition, the Court will then issue a Scheduling Order for a response.  If Petitioner does not file an Amended Petition the Court will dismiss this habeas action without prejudice and without further prior notice.

DATED: 15 August 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE