**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON JOVAN HILL,<br>Petitioner,<br>v.<br>MANUEL PORTILLO,<br>Respondent. | Case No. 2:23-cv-01221-GMN-MDC<br><br>**ORDER** |

Petitioner Brandon Jovan Hill has filed requests for copies of Respondents' Answer, the docket sheet, and for all court documents filed after June 1, 2026. ECF Nos. 38, 39, 44. He asserts that he was transferred from Southern Desert Correctional Center to Northen Nevada Correctional Center in July 2026. Hill filed a Notice of Change of Address in October 2026. ECF No. 43.

Generally, an inmate has no constitutional right to free photocopying or to obtain court documents without payment. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The fundamental constitutional right of access to the courts requires prison authorities to help inmates prepare and file "meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law," *Bounds v. Smith*, 430 U.S. 817, 828 (1977); it does not impose an obligation "to finance and support prisoner litigation," *Lewis v. Casey*, 518 U.S. 343, 384–85 (1996). As a one-time courtesy to Hill, the Court will instruct the clerk's office to mail him one copy of the current docket sheet as well as a copy of Respondents' Answer (ECF No. 36).

Hill has filed an "Answering Brief." (ECF No. 41). If he would like to file a reply to Respondents' Answer, he must file a motion for leave to file and/or a motion to extend time to file his reply no later than November 16, 2026.

**IT IS HEREBY ORDERED** that Petitioner Brandon Jovan Hill's Motions to Request

Answer and to Request Docket Sheet (ECF Nos. 38, 39) are granted.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Court Documents (ECF No. 44) is denied.

**IT IS FURTHER ORDERED** that the Clerk of the Court is kindly directed to send to Petitioner one copy of the current docket sheet and one copy Respondents' Answer (ECF No. 36).

**IT IS FURTHER ORDERED** that Petitioner has until November 16, 2026, to file a motion for leave to file a reply and/or motion to extend time to file his reply.

DATED: November 2, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE