**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON JOVAN HILL,<br>Petitioner,<br>v.<br>MANUEL PORTILLO,<br>Respondent. | Case No. 2:23-cv-01221-GMN-MDC<br>**ORDER** |

Petitioner Brandon Jovan Hill seeks an extension of time to file his Reply. ECF No. 46. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

**IT IS HEREBY ORDERED** that Petitioner Brandon Jovan Hill's Motion to Extend Time (ECF No. 46) is granted. Hill has until December 28, 2026, to file his Reply.

DATED: November 20, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE